UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE S. SHAW,<br><br>       Plaintiff,<br><br>       v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>       Defendants. | Case No. 15-cv-01755-DMR   (KAW)<br><br>**ORDERING DENYING RELATIONSHIP BETWEEN CASES**<br><br>Re: Dkt. No. 4 |

On April 23, 2015, pursuant to Civil L.R. 3-12(c), the Honorable Donna M. Ryu referred this action *sua sponte* to the undersigned to determine whether it was related to *Shaw v. JPMorgan Chase Bank, N.A.*, 13-cv-03165-KAW.

Under Civil L.R. 3-12, an action is related when:

> (1)  The actions concern substantially the same parties, property, transaction or event; and
>
> (2)  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civil L.R. 3-12(a).  Plaintiff's complaint provides that the prior action was stayed pending an agreement to enter into a loan modification, and that the case was ultimately dismissed because "no agreement was reached." Compl. ¶¶ 4-5, *Shaw v. JPMorgan Chase Bank., N.A.*, Case No. 15-cv-01755-DMR (N.D. Cal. Apr. 17, 2015), ECF No. 1. This representation, however, is inaccurate.  Despite the allegations to the contrary, the proceedings in the prior action were never stayed nor did the parties enter into any formal stipulations, let alone one that would provide Plaintiff with a loan modification.  In fact, Plaintiff failed to oppose JPMorgan Chase's motion to dismiss, and did not respond to the undersigned's order to show case. *See* Order Dismissing Case Without Prejudice, *Shaw v. JPMorgan Chase Bank, N.A.*, Case No. 13-cv-03165-KAW (N.D. Cal.

1  Feb. 4, 2014), ECF No. 22.  As a result, the prior action was dismissed without prejudice for
2  failure to prosecute. *Id.* at 2.
3        Accordingly, since the undersigned did not address the merits of Plaintiff's allegations in
4  the prior action, the adjudication of the instant action by Judge Ryu will not result in "an unduly
5  burdensome duplication of labor and expense or conflicting results," as required by Civil L.R. 3-
6  12(a)(2).  Thus, the two cases are not related.
7        IT IS SO ORDERED.
8  Dated: May 8, 2015

KANDIS A. WESTMORE
United States Magistrate Judge

2