UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE S. SHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-01755-DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

You are hereby notified that the Initial Case Management Conference currently set for July 22, 2015 at 1:30 p.m. has been rescheduled to **September 9, 2015** at 1:30 p.m. before Magistrate Judge Donna M. Ryu in the U.S. District Court, 1301 Clay Street, Oakland, CA 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

The joint case management conference statement is due on **September 2, 2015**.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
Donna M. Ryu
United States Magistrate Judge