United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7     SADIE S. SHAW,                                Case No. 15-cv-01755-JD

8                  Plaintiff,

                                                    **ORDER SETTING TELEPHONIC
9           v.                                      STATUS CONFERENCE**

10    OCWEN LOAN SERVICING, LLC, et al.,             Re: Dkt. Nos. 42, 43

11                 Defendants.

12

13          The Court sets a telephonic status conference for Wednesday, March 23, 2016 at 11:00

14    a.m. Pacific time.  The parties should contact CourtCall at 866-582-6878 approximately 48 hours

15    in advance to schedule their appearance before the Court for the hearing.

16          **IT IS SO ORDERED.**

17    Dated: March 18, 2016

18

19

20    JAMES DONATO
      United States District Judge

21

22

23

24

25

26

27

28