UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIE S. SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>        Defendants. | Case No.15-cv-01755-JD<br><br>**ORDER TO SHOW CAUSE RE REFERRAL TO MAGISTRATE JUDGE** |

This case was assigned to a district judge after one of the original defendants, J.P. Morgan Chase Bank, N.A., failed to file a notice of consent to a magistrate judge. Dkt. Nos. 18, 20. J.P. Morgan has since been dismissed with prejudice from this case. Dkt. No. 35. The remaining parties have consented to a magistrate judge for all further proceedings. Dkt. Nos. 7, 15, 108.

Consequently, the parties are directed to show good cause in writing by **March 20, 2019** why this case should not be reassigned to a magistrate judge for all remaining purposes. The Court would like to honor the parties' agreement to proceed before a magistrate judge, and the current status of the cases is favorable for a referral at this time. The Court is checking with the parties just to make sure there is no good reason to keep the case here.

**IT IS SO ORDERED.**

Dated: March 6, 2019

JAMES DONATO
United States District Judge